# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

VERNON ANTHONY ESTEVE

NO. 2021 KW 1122

**NOVEMBER 5, 2021**

---

In Re:     Vernon Anthony Esteve, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 482845-2.

---

**BEFORE:     WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT